# **SCHEDULE A**





SCHEDULE A