IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKSON HOLE JEWELRY COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>    Defendants. | Case No. 1:23-cv-17190<br><br>**Judge Jeffrey I. Cummings**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

**TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendants zhengzhoushipanmashangmaoyouxiangongsi d/b/a "AUGESTOP (7-15 Delivery)" (Seller ID: A1XSTO722QHX3N) (Def #35), puyangdanxiashangmaoyouxiangongsi d/b/a "POYAMUSE" or "PUYA" (Seller ID: A3KLHX1YX8V7AR) (Def #26), XuChangHuaNuoWang Luo Ji Shu Fu Wu You Xian Gong Si d/b/a "Apol" (Seller ID: AKS3KB9CDUOUC) (Def #25), haikoulonghuaguoxianyoushuiguodian d/b/a/ "LAURL" (Seller ID: A2WQAZ2CK5V7HS) (Def #20), YuanPingJianDongShangMaoYouXianGongSi d/b/a "Jiandong Trading Store" (Seller ID: A2RBSVWLNOA52U) (Def #2), Huidongxianpingshanxinyongdaxiechang d/b/a "NewYongDa" (Seller ID: A30N5UUIQJNEM) (Def #10), Yiwushijushandianzishangwuyouxiangongsi d/b/a "Jushan-US" (Seller ID: A2ZR5V009B0QJY) (Def #42), Yiwu Jiaojie Electronic Commerce Co., Ltd. d/b/a "Angyape" (Seller ID: A3LRZWWUN5B2Z9) (Def #3), and yiwushixingqionE-Commerce Co., Ltd d/b/a "Xingqiong" (Seller ID: A3C0RMYKCY9YQ7) (Def #39) (collectively, "Defendants") have reached a settlement as to all claims at issue in this case asserted against the Defendants identified herein only. Accordingly, Plaintiff hereby voluntarily dismisses its claims against Defendants identified

herein only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Temporary Restraining Order (ECF 10) is automatically dissolved against Defendants identified herein only. The Temporary Restraining Order (ECF 10) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: February 16, 2024

Respectfully submitted,

*/s/ Mackenzie Paladino*
Mackenzie Paladino, Esq. (Bar No. 6342560)
DONIGER / BURROUGHS
mpaladino@donigerlawfirm.com
Attorney for Plaintiff